UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-10237-WGY |
| | ) | |
| JUAN PEGUERO, | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION TO VACATE**
**ORDER OF FORFEITURE (MONEY JUDGMENT)**
**(DOCKET NO. 35)**

The United States of America, by its Attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully moves to vacate the July 16, 2019, Order of Forfeiture (Money Judgment) (Docket No. 35). As grounds for this motion, the United States submits that, pursuant to 18 U.S.C. § 982(b)(2), the substitution of assets provisions of subsection 413(p) does not apply to the defendant, and therefore the Order of Forfeiture (Money Judgment) should be vacated.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Rachel E. Goldstein
LAUREN A. GRABER
RACHEL E. GOLDSTEIN
New York Registration No. 5093406
Assistant United States Attorneys
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated: July 18, 2019   Rachel.Goldstein@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

Dated: July 18, 2019

*/s/ Rachel E. Goldstein*
RACHEL E. GOLDSTEIN
Assistant United States Attorney